UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOAN E. NISBETH,<br><br>        Plaintiff,<br><br>    v.<br><br>US FOODS, INC. dba US FOODSERVICE, INC. and DOES 1 through 50, Inclusive,<br><br>        Defendants. | Case No. 2:18-cv-06170 CAS (JEMx)<br><br>**DISCOVERY DOCUMENT**<br><br>**[~~PROPOSED~~] ORDER RE: JOINT STIPULATION FOR PROTECTIVE ORDER**<br><br>[Discovery matters assigned to the Hon. John E. McDermott]<br><br>Complaint Filed:   May 25, 2018<br>Final Pretrial Conf.:  October 7, 2019<br>Trial Date:          November 5, 2019 |

[PROPOSED] ORDER

54308927v.1

The Court has reviewed the Joint Stipulation for Protective Order filed by the Parties in this case and, having found good cause therefore,

IT IS HEREBY ORDERED that the Stipulation for Protective Order is entered on the date indicated below.

DATED: January 17, 2019

_____
The Hon. John E. McDermott